**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-02215-LTB

CHARLES MASON,

       Plaintiff,

v.

SPRINT/UNITED MANAGEMENT COMPANY,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion to Amend Caption (Doc 13 - filed July 11, 2012) is GRANTED.  The caption in this matter is amended to reflect Defendant as Sprint/United Management Company.

Dated:   July 12, 2012
_____