IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02215-LTB-KLM

CHARLES MASON,

    Plaintiff,

v.

SPRINT/UNITED MANAGEMENT COMPANY,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 16; Filed July 31, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed Stipulated Protective Order Concerning Confidential Information is accepted with interlineations and entered contemporaneously with this Minute Order.

    Dated: August 1, 2012