IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02215-LTB-KLM

CHARLES MASON,

    Plaintiff,

v.

SPRINT/UNITED MANAGEMENT COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Modify Scheduling Order to Extend Dispositive Motion Deadline** [Docket No. 22; Filed January 4, 2013] (the "Motion"). Defendant seeks a one-month extension of the dispositive motion deadline.

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. The Scheduling Order entered on June 28, 2012 [#10] is modified to extend the following deadline:

- Dispositive Motion Deadline    **February 14, 2013**

Dated: January 7, 2013