IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02215-LTB-KLM

CHARLES MASON,

    Plaintiff,

v.

SPRINT/UNITED MANAGEMENT COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Second Unopposed Motion to Modify Scheduling Order to Extend Dispositive Motion Deadline** [Docket No. 25; Filed February 11, 2013] (the "Motion"). Defendant seeks a second extension of the dispositive motion deadline to allow time "to discuss settlement and finalize settlement documents."

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. The Scheduling Order entered on June 28, 2012 [#10], and modified on January 7, 2013 [#24], is further modified to extend the following deadline:

- Dispositive Motion Deadline        **March 11, 2013**

Dated: February 12, 2013