**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-02215-LTB-KLM

CHARLES MASON,

        Plaintiff,

v.

SPRINT/UNITED MANAGEMENT COMPANY,

        Defendant.

_____

**ORDER**
_____

        THIS MATTER having come before the Court on the Stipulation of Dismissal With

Prejudice (Doc 28 - filed April 4, 2013), and the Court being fully advised in the premises,

it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                                   BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:    April 5, 2013